UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: CHARMYN CARTER  
120 GREENCREST LANE  
PRATTVILLE, AL 36067

CASE NO: 12-30763-DHW

Soc. Sec. No. XXX-XX-2022  
Debtor.

**AMENDED**  
**INCOME WITHHOLDING ORDER**

TO: HYUNDAI MOTOR MANUFACTURING AL  
ATTN PAYROLL  
700 HYUNDAI BLVD  
MONTGOMERY, AL 36105

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that HYUNDAI MOTOR MANUFACTURING AL withhold from the wages, earnings, or other income of this debtor the sum of **$668.00 BI-WEEKLY** and remit all such funds withheld to:

CURTIS C REDING, CHAPTER 13 TRUSTEE  
12-30763-DHW CHARMYN CARTER  
P O BOX 613108  
MEMPHIS TN 38101-3108

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Monday, May 23, 2016.

cc: Debtor  
    Debtor's Attorney

*/ s / Dwight H. Williams Jr.*  
Dwight H. Williams Jr.  
United States Bankruptcy Judge